IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **EVESTER McDANIEL,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>**ROMEL CODY, et al.,**   )<br>   )<br>   Defendants.   ) | CIVIL ACTION NO.<br>1:11cv1054-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit asserting that defendants conspired to make him lose a state-court case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for default judgment should be denied and defendants' motions for summary judgment and to dismiss should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**