IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


EVESTER McDANIEL,                 )
                                  )
        Plaintiff,                )
                                  )    CIVIL ACTION NO.
        v.                        )    1:11cv1054-MHT
                                  )         (WO)
ROMEL CODY, et al.,               )
                                  )
        Defendants.               )

JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) Plaintiff's objections (Doc. No. 45) are
    overruled.

(2) The United States Magistrate Judge's
    recommendation (Doc. No. 44) is adopted.

(3) Plaintiff's motion for default judgment (doc.
    no. 39) is denied.

(4) Defendants' motions for summary judgment and to dismiss (Doc. Nos. 17, 24, 27, 28, & 34) are granted.

(5) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2012.


     /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE